[No. 50994-2-I. Division One. December 23, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTINA J., *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 02-8-00123-4, Alan R. Hancock, J., entered August 23, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 20237-2-III. Division Three. December 26, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE MANUAL ACEVEDO, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 01-1-00078-8, Robert L. Zagelow, J., entered May 29, 2001. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis and Kurtz, JJ.

[No. 20288-7-III. Division Three. December 26, 2002.]

*In the Matter of the Marriage of* JOYCE D. JONES-JACKSON, *Appellant*, and KEITH L. JONES, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 99-3-00529-8, Heather K. Van Nuys, J., entered May 22, 2001. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, C.J., and Kurtz, J.

[No. 20623-8-III. Division Three. December 26, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD LEE ELDREDGE, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 01-1-00129-2, Carolyn A. Brown, J., entered October 24, 2001. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis and Kurtz, JJ.